**Exhibit A to the Complaint**

**Location:** Gainesville, VA  
**Total Works Infringed:** 30

**IP Address:** 108.18.217.75  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 97880145CFEA3FE287209CB3C129283A31F94742<br>File Hash: 4C04123FCED7D1E20F34577C04F0C7714F60FC139D4CA4BEA466153B12A9EC93 | 08-24-2021 11:05:14 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 2 | Info Hash: A7AAF97D12C26B842005B3B598A676AA6EEFB0E9<br>File Hash: 7D0CF6B213FFDDD9CD1381341C2C4434295E0DA8750B01ECFEBEF1D7136E3A2D | 08-24-2021 04:45:37 | Blacked Raw | 12-28-2019 | 01-27-2020 | PA0002223954 |
| 3 | Info Hash: 66775C7111D44FD8FA18B2068E80CE6DF332E362<br>File Hash: C20360AF1040FC97AA6206D79BD697D3A701B291FCAAE7F0F3C950D8A558569C | 08-24-2021 04:45:37 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |
| 4 | Info Hash: C7A42FE42017E6C151260FAF891792B447535F96<br>File Hash: 15DEACAA6CC03F75A8326B0296CB81A02305D5AD15E7E56B71AD311B8D354249 | 08-24-2021 01:42:11 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 5 | Info Hash: 31524D6F150D0602C2264F65ABC600230D982467<br>File Hash: F3924B555A394239A2E59176A1FFCC5E5484C258A9825626F460E6CA44E55BB3 | 07-18-2021 18:42:32 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 6 | Info Hash: 643DD50B33A81DF75C5B7DD8D7866E07FD9DFC17<br>File Hash: 77BC0123052B599BAAD164A646A2EE852B2B2EB3CB2B564307EA54FF47FA1650 | 07-11-2021 15:57:29 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 7 | Info Hash: 04EC7CF28003370BB315646B0C1F550DFDDF9E0F<br>File Hash: 0A9B2A5777170C5F65B67FF48F10B427194325E88F197B62CD1820CD2688D768 | 06-12-2021 20:15:05 | Tushy | 05-23-2021 | 06-15-2021 | PA0002296928 |
| 8 | Info Hash: 96F2A2FE54897C6976D99571A34F3D62FA7BFC40<br>File Hash: B0ABB2EA184172B37654EB0615A31E39CFE0E51A68B97C7F3A549363D5362508 | 05-31-2021 12:38:28 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C9F2EAA7431A81519E228742010D25556A0875D5<br>File Hash: 52BB4F2D8D337F98C64B52728F50CC525480EFC9F651D1D04340E683E0F9CF15 | 05-24-2021 23:07:55 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 10 | Info Hash: 3B6B9B6AA295154AC631FA1D04871871FC4149E3<br>File Hash: E0455D6CBCB2271C3B7B503B3579083163DFB2F6CBB6DE69E52A1FA982E39178 | 05-20-2021 03:51:31 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 11 | Info Hash: 7C1C37E0ABC8D85BE517AD60BED3A751831AD194<br>File Hash: 02B459167F92D8A130C444F9A7BA878D125BA893D83E1BF1593326B653BF07E7 | 05-10-2021 20:05:42 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 12 | Info Hash: 0D5B6408CD5A4E9A3F0EDDFC70132D50DADCD490<br>File Hash: 943745529655B8E53501354C4A078E721EBFC530CCFE189770B91C7A0C5F4547 | 04-16-2021 02:41:05 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 13 | Info Hash: 332EBAD1AD7EBE13048CC30ACF98ED5D60158D90<br>File Hash: 28D84F1A51123CB154FF50DEDE21C81B975F0CAC39EFAE056A6B97E66DC5DA88 | 04-16-2021 02:39:45 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 14 | Info Hash: 62E73C9CC3859E160F8473FDC0F45C658CB634C1<br>File Hash: A39899E58E10ECBDF7B877D0504FFDA842067080A27FEC528CBA672B8FF67737 | 04-16-2021 02:39:07 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 15 | Info Hash: EF0EB102F917E5F83AF9D3DB48FB95AFFC60A311<br>File Hash: 4CF124B87DF1DD1F8560390202781E9F8F01665ED5EAA22270B428ECA34656E9 | 04-16-2021 02:38:56 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 16 | Info Hash: E7D41B393BCF89E7C36EBB27F3211E3CA0AB7754<br>File Hash: 36FC2107476436C6648C54AE49DC8373F278FFDF278F73F610412A94C6243CC0 | 04-16-2021 02:37:10 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 17 | Info Hash: A5FE80F87C19CB5825283CDADB2CEEA147462E52<br>File Hash: A4715423738C9BC0E614DAB6564B71ABD125A7F02EDE7DCCD88A942E197AD133 | 01-22-2021 02:44:03 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 8CD924715A479D3D0E91C3B0E62BC25E883E62E5<br>File Hash: BDBCDF434CF419496FF3E8D769526E3BA168CCF989EE165CA197276A53CE6F04 | 01-22-2021 02:43:25 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 19 | Info Hash: FE05CB8A8DFB2D136503E31855AF6EBCF985438B<br>File Hash: 81C541850E9CF441830E9C3C3AFBEC34C89F1F9758235261ABD66C7DE38B2422 | 12-13-2020 03:54:19 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 20 | Info Hash: 37BBF4B3BBD911460EEA7065A691494A1860C65D<br>File Hash: C7610656C831F4141B67EB2AE560AE0FBF59FE9B8E29DA44C8E6BECF3D9D80CF | 12-11-2020 01:09:12 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 21 | Info Hash: 67C60EE5480FBF04F89550299EA194C97B59E3DB<br>File Hash: 54BFB29CA6468D8D0A6907DFB9B14A5F01D633710A4C689FD1DFE838884AAD61 | 11-18-2020 06:19:33 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |
| 22 | Info Hash: D7C9338ADA5F41D95C7710D4E2CCAE9BA27DEEAC<br>File Hash: AE0627F45435772B5EF6DDA414C0A6C0FF64CFFA99F45D076657900CD0CC484E | 11-18-2020 03:14:08 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 23 | Info Hash: 96941E19BA4280C7FD3D9A7D0E3E05527855C742<br>File Hash: BC78D943FC7055C5921788D2DEC3EB2E61F9EF8C3E67BD7711CD41D2924FC35E | 07-13-2020 02:52:11 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 24 | Info Hash: 00E840E537F0F15913CC7B566D0D89C11D8C5635<br>File Hash: F0DF5BD192A53D203EEA1E543E431CF2A6C8203858E9765BF2D33688739B8821 | 07-12-2020 23:37:15 | Vixen | 03-20-2020 | 04-17-2020 | PA0002246116 |
| 25 | Info Hash: 0D7971F367C9757DFC6E86BCF2981D1636176C47<br>File Hash: 384EC61B39A70DC9BB54288B9CF82B4BD22783FE903533CD1190A892FB21053A | 07-09-2020 20:44:38 | Vixen | 01-14-2020 | 02-03-2020 | PA0002236203 |
| 26 | Info Hash: 34B5C38E8101115145B1F5F14CA1DEAE215F44F5<br>File Hash: DE48555708696E7EA49FB4A3BD9F0872DD46C167BD4DC4DA95D24F2E149FAC1B | 07-09-2020 17:42:05 | Vixen | 04-10-2020 | 05-05-2020 | PA0002249031 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 072DB941161143E9AA368757C889D3FB439FFE9A<br>File Hash: 7D72CD247A2F9BC5FA229CDAB4B8B7B0E20783E29C3C316F646DCC1CDB485492 | 07-09-2020 14:37:55 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |
| 28 | Info Hash: BBA0DBE4481F7041DE4C68862EAA0B23F3288AF8<br>File Hash: 91449A88E3080ECAE78FC71112A0882A3119E4D9BD129D2A4B1620764C4BED39 | 06-26-2020 20:22:11 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |
| 29 | Info Hash: 393CA489158B51872CFB9DF8AF515AF3B8BEA3A8<br>File Hash: 472F90B9B7A56328A4C2ACB06485F82520C9F4C49899B781D1B54E498E3A1ADB | 06-22-2020 03:33:19 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |
| 30 | Info Hash: 70F3BF93C30E3D32E1EDAA9114389163A125D73A<br>File Hash: 2458FF512E1D830F6C22FB432E82916941CECAFFC86334D4E65AE6C7B8CD4756 | 05-06-2020 02:48:19 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |